UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY WILLIAM HEINRICH,

    Plaintiff,

v.

DARL PRANGE, J. CARTER, OFFICER PRESSWOOD, and ALAN UCHTMAN

    Defendant.

Case No. 05-cv-851-JPG

## JUDGMENT

This matter having come before the Court on a Report and Recommendation as to defendant's motion for summary judgment, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff's claims against defendants J. Carter, Officer Presswood and Alan Uchtman in this case, are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Darl Prange and against plaintiff Larry William Heinrich on all claims in this case. The case is **DISMISSED WITH PREJUDICE**.

**DATED: February 11, 2008.**

                                        **NORBERT G. JAWORSKI, CLERK**
                                        **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **U.S. District Judge**